IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

V.             CIVIL NO. 6:19-cv-6018-RTD

A SCCY INDUSTRIES CPX-2 9mm PISTOL,
20 ROUNDS OF 9mm AMMUNITION, and
A HARRINGTON AND RICHARDSON .32
CALIBER REVOLVER             DEFENDANT
PROPERTY

## **DECREE OF FORFEITURE**

The Complaint for Forfeiture In Rem in this matter was filed on February 12, 2019, alleging that the Defendant Property should be forfeited to the United States of America pursuant to 18 U.S.C. §924(d) as a firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i) or (k) or 18 U.S.C. § 922.

It appearing that process was fully issued in this action and returned according to law:

The Defendant Property items were seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on October 4, 2016 and have been in ATF custody since their seizure.

On February 22, 2019, Jarvis LaRue received notice and service of this action sent by the United States Attorney via certified mail. No claim or answer has been filed on his behalf, and Jarvis LaRue is hereby in default.

On February 22, 2019, Sandra Canterbury received notice and service of this action sent by the United States Attorney via certified mail. No claim or answer has been filed on her behalf, and Sandra Canterbury is hereby in default.

Notice of this civil forfeiture action against Defendant Property was published for 30

consecutive days on an official Government internet site (www.forfeiture.gov) beginning on March 6, 2019.

The Defendant Property is more particularly described as a SCCY, model CPX2, 9mm caliber, pistol, serial number 294366; 20 rounds of 9mm ammunition; and a Harrington and Richardson, model Victor, .32 caliber, revolver, serial number 54264, which was seized from Jarvis LaRue on October 4, 2016, from his residence in Hot Springs, Arkansas, which is in the Western District of Arkansas, Hot Springs Division, and is presently in the custody of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That the Defendant Property described herein is hereby forfeited to the United States of America to be disposed of according to law; and

(2) That Plaintiff United States of America is awarded its costs and disbursements in this action.

IT IS SO ORDERED this 30th day of July 2019.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
SENIOR UNITED STATES DISTRICT JUDGE